BENJAMIN B. WAGNER
United States Attorney
SUSAN PHAN
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4030

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:10-cr-122 AWI |
|---|---|---|
| Plaintiff, | ) ) | AMENDED STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) ) | FROM June 7, 2010, TO June 28, 2010. |
| JUAN JOSE MENDEZ-ALVARADO, | ) ) ) ) | |
| Defendant. | ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney for the Eastern District of California, Susan Phan, Assistant U.S. Attorney, and defendant, Juan Jose Mendez-Alvarado, by and through his counsel, Harry Drandell, hereby STIPULATE and AGREE that the status conference, currently scheduled for June 7, 2010, at 9:00 a.m., be continued to June 28, 2010, at 9:00 a.m., because the pre-plea PSR is not yet available due to the probation office having not received a case initiation form from the U.S. Attorney's Office. The

government and defendant further stipulate and agree that time shall be excluded under the Speedy Trial Act through June 28, 2010.

DATED: June 2, 2010                      Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                         By /s/Susan Phan
                                         SUSAN PHAN
                                         Assistant U.S. Attorney

DATED: June 2, 2010                      By /s/ Harry Drandell
                                         HARRY DRANDELL
                                         Counsel for Defendant

ORDER

IT IS ORDERED that the status conference, currently scheduled for June 7, 2010 at 9:00 a.m., be continued to June 28, 2010, at 9:00 a.m.  Good cause exists pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(i),(iv), and time is excluded under the Speedy Trial Act through June 28, 2010.

IT IS SO ORDERED.

**Dated:   June 3, 2010**            /s/ Anthony W. Ishii
                                     CHIEF UNITED STATES DISTRICT JUDGE

2